UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC<br><br>Plaintiff<br><br>v.<br><br>B. GREGORY WHALEY<br>NANCY WHALEY<br><br>Defendants | CIVIL ACTION<br>NO. 2:08-00098-FSH-PS |

**STIPULATION AND ORDER
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Century 21 Real Estate, LLC, and Defendants B. Gregory Whaley and Nancy Whaley, by their undersigned counsel, hereby stipulate as follows:

1. On January 8, 2008, Plaintiff Century 21 Real Estate, LLC ("Century 21") initiated this action by filing complaint against Defendants B. Gregory Whaley and Nancy Whaley (collectively the "Whaleys"), in the United States District Court for the District of New Jersey.

2. On January 10, 2008, a summons was issued as to the Whaleys.

3. On February 5, 2008, service of the summons and complaint was made upon the Whaleys. The Whaleys had twenty days within which to file an answer or otherwise plead.

4. On February 13, 2008, the Whaleys retained the undersigned counsel to represent them in this action.

5. On February 25, 2008, the Whaleys, through undersigned counsel, filed an application for a clerk's order to extend time to answer as to the complaint. The application was granted, and the time to answer was extended to March 11, 2008.

6. On March 6, 2008, Century 21's counsel agreed to a two-week extension from March 11, 2008, thereby extending the time to answer or otherwise respond to the complaint up to and including March 25, 2008.

7. Accordingly, the parties stipulate to the extension of time to answer or otherwise respond to the complaint up to and including March 25, 2008. The parties respectfully request the Court to approve this stipulation and enter the extension of time on the docket.

_Sarah Blumberg_
Sarah Blumberg
Attorney for Plaintiffs
3/7/08

/s/ Paul J. Cianci
Jeffrey Zucker         Date: March 7, 2008
Paul J. Cianci
Attorneys for Defendants
B. Gregory Whaley and
Nancy Whaley

APPROVED AND SO ORDERED:

_Faith S. Hochberg_
Hon. Faith S. Hochberg, U.S.D.J.
3/10/08

-2-